RECEIVED
IN MONROE, LA
MAY 2 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| EUNICE BECK | * | CIVIL ACTION NO. 05-0983 |
| VERSUS | * | JUDGE JAMES |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision to deny benefits is hereby **REVERSED and REMANDED for further proceedings including obtaining of a consultative examination or, in the alternative, clarification of the treating physician's opinion, full consideration of the relevant evidence, and analysis of the claimant's ability to work pursuant to Step Five of the sequential analysis.**

THUS DONE AND SIGNED this 23 day of May, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION